eBAY INC. and Microsoft Corporation, Plaintiffs–Appellees,

and

Cabelas Inc., Plaintiff–Appellee,

v.

KELORA SYSTEMS, LLC, Defendant–Appellant.

Kelora Systems, LLC, Plaintiff–Appellant,

v.

Target Corporation, Amazon.com, Inc., Office Depot, Inc., Costco Wholesale Corporation, Hewlett–Packard Company, Audible, Inc., and Zappos.com, Inc., Defendants–Appellees,

and

Dell, Inc., Defendant–Appellee,

and

Newegg Inc., Defendant–Appellee.

Nos. 2012–1474, 2012–1475, 2012–1476.

United States Court of Appeals, Federal Circuit.

March 19, 2013.

Robert D. Becker, Manatt, Phelps & Phillips, LLP, of Palo Alto, CA, argued for the defendant-appellant, Kelora Systems, LLC. With him on the brief were Ronald S. Katz and Shawn G. Hansen.

Constantine L. Trela, Jr., Sidley Austin, LLP, of Chicago, IL, argued for all plaintiffs-appellees and defendants-appellees. With him on the brief were Richard A. Cederoth and Theodore W. Chandler, of Los Angeles, CA, for defendants-appellees, eBay, Inc. et al. Also on the brief were Gregory P. Sitrick, Quarles & Brady LLP, of Phoenix, AZ; Christopher J. Fahy, of Chicago, IL; Jeffrey L. Fillerup, McKenna Long & Aldridge, LLP, of San Francisco, CA, for defendants-appellees, Cabela's Inc.; Jonathan S. Franklin, Fulbright & Jaworski, L.L.P., of Washington, DC; Dan D. Davison, of Dallas, TX; Richard S. Zembek and Daniel S. Leventhal, of Houston, TX; Gilbert A. Greene and Sheila Kadura, of Austin, TX, for defendants-appellees, Target, et al.; Joseph A. Micallef and Scott M. Border, Sidley Austin, LLP, of Washington, DC, for defendant-appellee, Dell, Inc.; Kimball R. Anderson and Kathleen B. Barry, of Winston & Strawn LLP, of Chicago, IL; Kent E. Baldauf, Jr., Bryan P. Clark and Daniel H. Brean, The Webb Law Firm, of Pittsburgh, PA, for defendant-appellee, Newegg.

NEWMAN, PLAGER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**